# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 1:19-cv-00451-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH NOVEMBER 15, 2019 ORDER<br><br>(ECF No. 33)<br><br>FIVE DAY DEADLINE |

On November 15, 2019, Plaintiffs' request to seal their initial disclosures that were mistakenly filed in this action was granted. (ECF No. 33.) The order provided that "[u]pon receipt of this order, Plaintiffs SHALL FILE the motion to seal documents, with the exception of Exhibit A attached to the declaration of Taylor French. See L.R. 141(e)." The order issued on November 15, 2019, and Plaintiffs have not filed the motion to seal as directed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** from the date of entry of this order, Plaintiffs SHALL SHOW CAUSE IN WRITING why sanctions should not issue

1

for the failure to file the motion to seal upon receipt of the November 15, 2019 order. Plaintiffs are advised that failure to show cause as required by this order may result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**November 22, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE