# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORP., <br><br> Defendant. | Case No. 1:19-cv-00451-AWI-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE, DISREGARDING REQUEST TO SEAL DOCUMENTS FILED NOVMEBER 25, 2019, AND DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE PLAINTIFFS' REQUEST TO SEAL DOCUMENTS FILED NOVEMBER 26, 2019 <br><br> (ECF Nos. 34, 36, 37) |

On November 15, 2019, an order issued granting Plaintiffs' request to seal their initial disclosures that were inadvertently filed in this action. (ECF Nos. 32, 33.) The November 15, 2019 order required Plaintiffs to file their request to seal upon receipt of the order. (ECF No. 33.) When Plaintiffs did not file the request to seal, an order issued requiring them to show cause why sanctions should not issue for the failure to comply. (ECF No. 34.) On November 25, 2019, Plaintiff filed the request to seal however it was incorrectly titled "Notice of Request to Seal Documents". (ECF No. 35.) On November 26, 2019, Plaintiffs filed a response to the order to show cause and refiled the request to seal documents using the correct item title. (ECF Nos. 36, 37.)

Based on Plaintiffs' November 26, 2019 response, the Court shall discharge the order to

1

show cause. The Court shall disregard the November 25, 2019 filing which used the incorrect item title. Finally, the Clerk of the Court shall be directed to administratively terminate the request to seal as it has been decided by the November 15, 2019 order granting the request to seal.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed November 25, 2019, is DISCHARGED (ECF No. 34);
2. The request to seal documents filed on November 25, 2019 is DISREGARDED (ECF No. 35); and
3. The Clerk of the Court is DIRECTED to administratively terminate the request to seal filed November 26, 2019 (ECF No. 36.)

IT IS SO ORDERED.

Dated: **November 27, 2019**

UNITED STATES MAGISTRATE JUDGE

2