# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Defendant. | Case No. 1:19-cv-00451-AWI-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 27, 30, 40) |

The scheduling order issued on October 11, 2019, and as modified on October 24, 2019, currently reflects the following dates and deadlines:

1. Non-Expert Discovery Deadline: March 2, 2020;
2. Plaintiff's Expert Disclosure Deadline: March 27, 2020;
3. Defendant's Expert Disclosure Deadline: April 24, 2020;
4. Plaintiff's Rebuttal Expert Disclosure Deadline: May 22, 2020;
5. Expert Discovery Deadline: June 19, 2020;
6. Dispositive Motion Filing Deadline: July 29, 2020;
7. Pre-trial Conference: December 2, 2020, at 8:30 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii; and
8. Trial: January 26, 2021, at 8:30 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii.

1

(ECF Nos. 27, 30.) On February 27, 2020, the parties filed a stipulated request to amend the scheduling order and continue certain discovery deadlines and the dispositive motion deadline by approximately one month. (ECF No. 40.)

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the October 11, 2019 scheduling order (ECF No. 27), as modified on October 24, 2019 (ECF No. 30), is further modified as follows:

1. Non-Expert Discovery Deadline: April 13, 2020;
2. Plaintiff's Expert Disclosure Deadline: May 1, 2020;
3. Defendant's Expert Disclosure Deadline: May 29, 2020;
4. Plaintiff's Rebuttal Expert Disclosure Deadline: June 19, 2020;
5. Expert Discovery Deadline: July 17, 2020; and
6. Dispositive Motion Filing Deadline: August 28, 2020.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: **February 28, 2020**

UNITED STATES MAGISTRATE JUDGE