# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al., | Case No. 1:19-cv-00451-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO QUASH |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | DEADLINE: NOVEMBER 18, 2020 |
| Defendant. | |

Autumn Zetz and Eric Zetz ("Plaintiffs") filed this action against Boston Scientific Corporation in the Superior Court for the State of California, Fresno County. (ECF No. 1-1.) On April 12, 2019, Defendant removed the action to the Eastern District of California. (ECF No. 1.) The matter was related to other similar pending actions and reassigned to Senior Judge Anthony W. Ishii and the undersigned. (ECF No. 1.)

On November 4, 2020, Defendant served a subpoena to produce documents and for the deposition of Plaintiffs' expert, Ie-Ming Shih. (ECF No. 49-1.) The deposition was scheduled for November 16, 2020, at 10:30 a.m. (Id.) On November 13, 2020, Plaintiffs filed a motion to quash the service of the subpoena. (ECF No. 49.)

The Court shall order Defendant to file a response to the motion to quash. If after considering the pleadings, it is deemed necessary a hearing will be scheduled on the motion.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiffs' motion to quash on or before **November 18, 2020.**

IT IS SO ORDERED.

Dated:   **November 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE