# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al., | Case No.  1:19-cv-00451-AWI-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE PLAINTIFFS' MOTION TO QUASH AND OBJECTIONS TO DEFENDANTS' NOTICE OF DEPOSITION |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | (ECF Nos. 49, 51) |

On November 13, 2020, Plaintiffs filed a motion to quash and objections to Defendants' notice of deposition.  (ECF No. 49.)  On November 16, 2020, an order was filed requiring Defendants to file a response to the motion to quash by November 18,2020.  (ECF No. 50.)  On November 17, 2020, a stipulation was filed stating that the motion to quash was moot as the deposition had already taken place and Plaintiffs were withdrawing the motion as it was moot. (ECF No. 51.)

Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Plaintiff's motion to quash and objections to Defendant's notice of deposition (ECF No. 49) and the order requiring Defendants to file a response to the motion (ECF No. 50) is VACATED.

IT IS SO ORDERED.

Dated:   **November 18, 2020**

UNITED STATES MAGISTRATE JUDGE

1