1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    AUTUMN ZETZ, et al.,

12          Plaintiffs,

13       v.

14    BOSTON SCIENTIFIC CORP.,

15          Defendant.

Case No.  1:19-cv-00451-AWI-SAB

ORDER GRANTING MACALL M.
CHASTAIN'S MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFFS

(ECF No. 64)

16

17    On August 10, 2021, MaCall M. Chastain filed a motion to withdraw as counsel for

18    Plaintiffs in this matter.  (ECF No. 64.)  Counsel is seeking to withdraw as they are no longer

19    affiliated with the law firm who will continue to represent Plaintiffs in this matter.

20    Accordingly, IT IS HEREBY ORDERED that MaCall M. Chastain's motion to withdraw

21    as counsel for Plaintiffs is GRANTED.  The Clerk of the Court is DIRECTED to terminate

22    MaCall M. Chastain as counsel for Plaintiffs.

23

IT IS SO ORDERED.

24

25    Dated:   **August 11, 2021**

UNITED STATES MAGISTRATE JUDGE

26
27
28

1