# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Defendant. | Case No. 1:19-cv-00451-AWI-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE<br><br>(ECF No. 66) |

    The trial date in this matter has been continued multiple times, most recently on March 1, 2021. (ECF No. 59.) On August 16, 2021, the parties filed a stipulated request to again continue the trial date and associated deadlines. (ECF No. 66.) The parties proffer that since the last continuance, the parties have actively litigated and engaged in settlement discussions. (Id. at 3-4.) However, on June 7, 2021, Plaintiff Autumn Zetz underwent a second surgery that Plaintiffs attribute to the claims underlying this litigation. (Id. at 4.) The surgeon, located in Arizona, has already been deposed in this action. (Id.) The parties proffer that the surgeon will likely need to be deposed again, as well as another treating doctor of Plaintiff Autumn Zetz. (Id.) The parties proffer the depositions will be limited to two hours. (Id.) Additionally the parties believe updated medical records and supplemental testimony of the doctors and Plaintiff Autumn Zetz will likely warrant supplemental expert reports. (Id.)

///

The nonexpert discovery deadline expired prior to the last modification of the scheduling order; the expert discovery deadline expired on June 29, 2021; and the dispositive motion deadline is set to expire in one day, on August 17, 2021.  It appears the parties did not adequately anticipate the need for additional discovery following the surgery in early June, or were not prepared to submit dispositive motions and are now requesting a continuance on the eve of the deadline.  As to the dispositive deadline, the parties only proffer that there is "simply not enough time for the Parties to take the steps necessary to investigate Mrs. Zetz's ongoing medical care related to the device and claims at issue in this litigation before this deadline."  (Id. at 4-5.)  Nonetheless, the Court finds good cause to continue the trial date and associated deadlines based on the recent surgery.

The parties only propose one new deadline for discovery, referred to generally as "[d]iscovery deadline." (Id. at 5.)  The Court shall reopen nonexpert and expert discovery for the limited purpose of obtaining updated medical records, deposing the relevant doctors, and obtaining supplemental expert reports, and expects the parties to accommodate the delineation of nonexpert and expert discovery as to complete all before the one deadline.  The Court shall also extend the pre-trial conference and trial dates further than requested due to the proximity to the requested dispositive motion filing deadline.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Nonexpert and Expert Discovery Deadline: November 19, 2021;
2. Dispositive Motion Filing Deadline: January 20, 2022;
3. Pre-trial Conference: May 19, 2022, at 10:00 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii; and
4. Trial: July 12, 2022, at 8:30 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii.

/ / /

/ / /

/ / /

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: **August 16, 2021**

_____
UNITED STATES MAGISTRATE JUDGE