# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al., | Case No. 1:19-cv-00451-AWI-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND CONTINUING TRIAL DATE |
| v. | |
| BOSTON SCIENTIFIC CORP., | (ECF No. 68) |
| Defendant. | |

The scheduling order in this action has been modified multiple times, most recently on August 16, 2021. (ECF No. 67.) On November 11, 2021, the parties filed a stipulated request to extend the discovery deadlines and the dispositive motion deadline by approximately 60 days, but request to keep the currently set pretrial conference date and trial date. (ECF No. 68.) The parties proffer that since the last continuance, in addition to being engaged in continuing settlement discussions, Plaintiff has underdone a number of additional medical procedures that are relevant to the injuries in this action. The parties have been continuing to receive medical records concerning such procedures; the expert reports may need to be supplemented; and other treating physicians may need to be deposed later than originally anticipated. The Court finds good cause to grant the stipulated request, but will extend the pretrial conference and trial dates to accommodate the new dispositive motion deadline.

/ / /

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Nonexpert and Expert Discovery Deadline: January 21, 2022;
2. Dispositive Motion Filing Deadline: March 25, 2022;
3. Pre-trial Conference: August 3, 2022, at 10:00 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii; and
4. Trial: October 4, 2022, at 8:30 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE

2