# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00451-AWI-SAB <br><br> ORDER GRANTING LAUREL LI HARRIS'S *PRO HAC VICE* APPLICATION <br><br> (ECF Nos. 70, 71) |

The Court has read and considered the application of Laurel Li Harris, attorney for Plaintiffs Autumn Zetz and Eric Zetz, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF Nos. 70, 71.) Having reviewed the application, Laurel Li Harris's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 22, 2021**

UNITED STATES MAGISTRATE JUDGE

1