1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11

AUTUMN ZETZ, et al.,

12

Plaintiffs,

13

v.

14

BOSTON SCIENTIFIC CORPORATION,

15

Defendant.

Case No.  1: 19-cv-00451-AWI-SAB

ORDER RESETTING HEARING ON
PLAINTIFFS' MOTION TO QUASH
DEPOSITION SUBPOENA FOR
FEBRUARY 23, 2022, IN COURTROOM 9

(ECF No. 75)

16

17   On January 21, 2022, Plaintiffs filed a motion to quash a deposition subpoena of a

18  nonparty, or alternatively for a protective order, setting the hearing for February 28, 2022, in

19  Courtroom 2 before the District Judge assigned to this action.  (ECF No. 75.)

20   All discovery motions, including those relating to protective orders, are to be adjudicated

21  by the assigned magistrate judge.  L.R. 302(c)(1).  The Court shall reset the hearing before the

22  assigned magistrate judge.

23   Further, motions dealing with discovery, including motions relating to Federal Rule of

24  Civil Procedure 45, and motions for a protective order, are subject to the requirements of Local

25  Rule 251, including its specific requirements for meeting and conferring, and to file a joint

26  statement seven (7) days prior to the hearing.  L.R. 251.  Here, Plaintiffs filed a legal brief in

27  support of their motion.  (ECF No. 75.)  The parties shall file a joint statement in compliance

28  with Local Rule 251, seven (7) days prior to the hearing date.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The hearing on Plaintiffs' motion to quash (ECF No. 75) currently set for

3          February 28, 2022, in Courtroom 2, is reset for February 23, 2022, at 10:00 a.m.

4          in Courtroom 9, before Magistrate Judge Stanley A. Boone; and

5    2.    The parties shall file a joint statement in compliance with Local Rule 251, seven

6          (7) days prior to the scheduled hearing.

7

8    IT IS SO ORDERED.

9    Dated:    **January 24, 2022**

     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2