# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AUTUMN ZETZ, et al., | Case No. 1:19-cv-00451-AWI-SAB |
|---|---|
| Plaintiffs, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, et al., | (ECF No. 86) |
| Defendants. | |

On March 22, 2022, the parties filed a stipulation requesting the scheduling order be modified and trial date be continued. (ECF No. 86.) In support of the request, in addition to the Court's recent denial of a motion to quash a deposition subpoena necessitating a deposition to be completed, the parties' proffer that there is a settlement conference currently set for April 11, 2022, and in order to preserve resources and focus on settlement, they request the dispositive motion filing and other deadlines be extended by a period of 120 days. The Court finds good cause to grant the stipulated request.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Dispositive Motion Filing Deadline: July 22, 2022;
2. Pre-trial Conference: December 7, 2022, at 10:00 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii; and

1

3. Trial: February 7, 2023, at 8:30 a.m. in Courtroom 2 before United States District Judge Anthony W. Ishii.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE