# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　Defendant. | Case No. 1:19-cv-00451-AWI-SAB<br><br>ORDER RE: PLAINTIFFS' NOTICES OF WITHDRAWAL AND APPEARANCES OF ATTORNEYS AND DIRECTING OFFICE OF THE CLERK TO UPDATE DOCKET<br><br>(ECF No. 92, 93, 94, 95) |

On July 5, 2022, Plaintiffs concurrently filed a notice of withdrawal of attorney Lourdes DeArmas, of the Dolan Law Firm, and notices of appearances of attorneys Allison Stone, Cioffi Remmer, and Taylor French, of the same firm, seeking to terminate Ms. DeArmas as attorney of record. (ECF Nos. 92–95.) Accordingly, the Office of the Clerk is DIRECTED to terminate attorney Lourdes DeArmas as attorney in this matter.

IT IS SO ORDERED.

Dated: __**July 6, 2022**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1