Christopher B. Dolan (CA Bar No. 065358)
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, CA 94102
Telephone: 213-347-3529
Chris@dolanlawfirm.com

Sheila M. Bossier (MSB 10618) *Pro Hac Vice*
Laurel Li Harris (MSB 104078) *Pro Hac Vice*
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452
sbossier@bossier-law.com
lharris@bossier-law.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Autumn Zetz and Eric Zetz, <br><br> Plaintiffs, <br><br> v. <br><br> Boston Scientific Corp., and Does 1-30, <br><br> Defendants. | Case No. 1:19-cv-00451-AWI-SAB <br><br> Hon. Anthony W. Ishii <br> Hon. Stanley A. Boone <br><br> **STIPULATION and ORDER SETTING BREIFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS OF DARRYL R. ZENGLER, MICHAEL T. MARGOLIS, M.D., ROBERT J. TREMP, JR., JIMMY MAYS, PH.D., IE-MING SHIH, M.D., PH.D., and PEGGY PENCE, PH.D.** |

US.351503478.01

TO:   Defendant Boston Scientific Corp.
      By and through its attorneys of record:
      Karen M. Firstenberg, Esq.
      Tarifa B. Laddon, Esq.
      FAEGRE DRINKER BIDDLE & REATH LLP
      1800 Century Park East, Suite 1500
      Los Angeles, CA 90067
      karen.firstenberg@faegredrinker.com
      tarifa.laddon@faegredrinker.com

Plaintiffs Autumn Zetz and Eric Zetz ("Plaintiffs"), and Defendants Boston Scientific Corporation ("BSC"), by and through their respective counsel, stipulate and agree as follows:

1. Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Docket No. 104) and Motion(s) to Exclude the Case-Specific Opinions of Plaintiffs' Experts Michael T. Margolis, M.D. (Docket No. 98), Jimmy Mays, PH.D. (Docket No. 99), Peggy Pence, PH.D. (Docket No. 100), Robert J. Tremp, Jr. (Docket No. 101), Darryl R. Zengler (Docket No. 102) and Ie-Ming Shih, M.D., PH.D. (Docket No. 103) are due to be filed on or before **August 12, 2022.**

2. Defendant's Reply in Support of its Motion for Summary Judgment and Motions to Exclude the Case-Specific Opinions of Plaintiffs' Experts Michael T. Margolis, M.D. (Docket No. 98), Jimmy Mays, PH.D. (Docket No. 99), Peggy Pence, PH.D. (Docket No. 100), Robert J. Tremp, Jr. (Docket No. 101), Darryl R. Zengler (Docket No. 102) and Ie-Ming Shih, M.D., PH.D. (Docket No. 103) are due to be filed on or before **August 29, 2022.**

3. **The Hearing on this matter is reset to: October 17, 2022.**

This is the first request for an extension of time regarding these matters.

DATED:   August 1, 2022

/s/ *Laurel Li Harris*
Sheila M. Bossier, Esq. (admitted *pro hac vice*)
Laurel Li Harris (admitted *pro hac vice*)
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
Tel.: (601) 352-5450
Fax: (601) 352-5452
sbossier@bossier-law.com
lharris@bossier-law.com
*Attorneys for Plaintiffs*

2

/s/ Karen Firstenberg
Karen M. Firstenberg, Esq.
Tarifa B. Laddon, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
karen.firstenberg@faegredrinker.com
tarifa.laddon@faegredrinker.com

*Attorneys for Defendants*

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   August 2, 2022                         _____
                                                                 SENIOR  DISTRICT  JUDGE