# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>          Defendant. | Case No. 1:19-cv-00451-AWI-SAB<br><br>ORDER GRANTING SOMMER D. LUTHER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 126) |

The Court has read and considered the application of Sommer D. Luther, attorney for Plaintiffs for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 126.) Having reviewed the application, Sommer D. Luther's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1