# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN ZETZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | Case No.  1:19-cv-00451-AWI-SAB<br><br>ORDER GRANTING KRISTEN D. ALKIRE'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 139) |

　　　The court has read and considered the application of Kristen D. Alkire, attorney for Plaintiff 3M Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Kristen D. Alkire's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1